UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO.: 1:04-CR-010-SPM

THOMAS SAPPENFIELD;
JOHN JASON LITTLE;
RESHAY DANIELS;
JOHNNY GEORGE;
EVERETT YOUNG;
WILLIE J. HINES;
MARCIA THURMAN;
DAVID DERN,

    Defendants.

_____/

**AMENDED ORDER EXTENDING TIME FOR
DEFENDANT DERN'S VOLUNTARY SURRENDER**

**THIS CAUSE** comes before the Court upon "Unopposed Motion to Extend Surrender Date" (doc. 407) filed May 19, 2005. As grounds, Defendant avers that a) he is out of town on business until June 4, 2005; and b) the Bureau of Prisons has not yet designated him to an institution (Defendant was originally scheduled to surrender on May 26, 2005). However, the record reflects that on May 24, 2005, the Bureau completed a "Notice of Designation" which currently assigns Defendant to FCI Yazoo City, Missouri. Thus, the only delay is

Defendant's completion of his business trip.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant is ordered to surrender no later than 12 o'clock noon on ***Friday, June 10, 2005*** to either 1) the designated institution of the Bureau of Prisons or 2) the United States Marshal at Gainesville, Florida.

**DONE AND ORDERED** this twenty-sixth day of May, 2005.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge

/pao